<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **River Meadows, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  James Square Nursing & Rehabilitation Centre** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3481602** |

4.    **Debtor's address**

**Principal place of business**

**918 James St
Syracuse, NY 13203**
Number, Street, City, State & ZIP Code

**Onondaga**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.    **Debtor's website** (URL)    _____

6.    **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:    _____

| Debtor | **River Meadows, LLC** | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**7.  Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

6231

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| --- | --- | --- | --- | --- | --- |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| --- | --- | --- | --- | --- |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **River Meadows, LLC**
_____
        Name                                          Case number (*if known*) _____

---

**11. Why is the case filed in**        *Check all that apply:*
    **this district?**

        ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
             preceding the date of this petition or for a longer part of such 180 days than in any other district.

        ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**    ■ No
    **have possession of any**
    **real property or personal**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**
                                  **Why does the property need immediate attention?** (*Check all that apply.*)

                                  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                      What is the hazard? _____

                                  ☐ It needs to be physically secured or protected from the weather.

                                  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                      livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                  ☐ Other _____

                                  **Where is the property?** _____
                                                            Number, Street, City, State & ZIP Code

                                  **Is the property insured?**

                                  ☐ No

                                  ☐ Yes.    Insurance agency _____

                                            Contact name   _____

                                            Phone          _____

---

█    **Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
    **available funds**

            ■ Funds will be available for distribution to unsecured creditors.

            ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**    ☐ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
    **creditors**             ☐ 50-99               ☐ 5001-10,000         ☐ 50,001-100,000
                              ■ 100-199             ☐ 10,001-25,000       ☐ More than100,000
                              ☐ 200-999

---

**15. Estimated Assets**    ☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                           ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                           ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                           ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16. Estimated liabilities**    ☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

| Debtor | **River Meadows, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 10, 2019**
               MM / DD / YYYY

**X** **/s/ Abraham A. Gutnicki**                    **Abraham A. Gutnicki**
Signature of authorized representative of debtor      Printed name

Title    **Member**

**18. Signature of attorney**

**X** **/s/ Stephen Z. Starr**              Date    **January 10, 2019**
Signature of attorney for debtor                   MM / DD / YYYY

**Stephen Z. Starr**
Printed name

**Starr & Starr, PLLC**
Firm name

**260 Madison Ave., 17th Fl**
**New York, NY 10016-2404**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 867-8165**        Email address

**3793 NY**
Bar number and State

## WRITTEN CONSENT TO ACTION
## RIVER MEADOWS, LLC

January 10, 2019

The undersigned, being the Managers (the "Managers") of RIVER MEADOWS, LLC, a New York limited liability company (the "Company"), consent to the adoption of the following resolutions with full force and effect as if they had been duly adopted at a meeting pursuant to notice:

**WHEREAS**, the Company has ceased operations and is unable to continue as a going concern and after having explored other alternatives the Managers having determined that the filing by the Company of a petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of New York is in the best interest of the Company and its creditors; and

**WHEREAS**, the Company has engaged the services of a law firm to represent it in connection with such Chapter 7 bankruptcy proceedings.

**NOW, THEREFORE, BE IT RESOLVED**, that the Managers deem it advisable and in the best interests of the Company and its creditors to file a petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of New York and such filing is hereby ratified and approved; and it is

**FURTHER RESOLVED**, that the attorney-client agreement between the Company and Starr & Starr PLLC, dated as of December 12, 2018, to engage Starr & Starr, PLLC to render legal services to, and to represent, the Company in connection with such Chapter 7 proceedings is hereby ratified and approved; and it is

**FURTHER RESOLVED**, that Abraham A. Gutnicki, one of the Managers of the Company, is hereby authorized to execute any necessary petition, schedules, and documents, without limitation, on behalf of the Company in connection with the commencement and continuance of such Chapter 7 proceedings, and any other related matters in connection therewith; and it is

**FURTHER RESOLVED**, that Abraham A. Gutnicki, one of the Managers of the Company, is hereby authorized to appear and testify on behalf of the Company, at the meeting of creditors convened pursuant to section 341(a) of the United States Bankruptcy Code, and any adjournments thereof; and it is

**FURTHER RESOLVED,** that this Written Consent to Action may be executed in counterpart originals and delivered by facsimile or electronically, which, when fully executed shall constitute a full and original document for all purposes

The undersigned has signed this Written Consent as of the date first written above.

**MANAGERS:**


Abraham A. Gutnicki, Manager


Judy Kushner, Manager


*Being the Managers of River Meadows, LLC*

**Fill in this information to identify the case:**

Debtor name   **River Meadows, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 10, 2019**          X **/s/ Abraham A. Gutnicki**
                                            Signature of individual signing on behalf of debtor

                                            **Abraham A. Gutnicki**
                                            Printed name

                                            **Member**
                                            Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **River Meadows, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

<strong>Part 1:</strong>   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................   $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................   $     **2,204,952.43**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................   $     **2,204,952.43**

<strong>Part 2:</strong>   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **231,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     **4,965,931.73**

4.   **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b     $     **5,196,931.73**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **River Meadows, LLC**

United States Bankruptcy Court for the:        NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **CIBC** | **Checking** | **8140** | **$4,952.43** |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**                                                                            | **$4,952.43** |

         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:        Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:        Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.        **Accounts receivable**

| 11b. Over 90 days old: | **1,000,000.00** | - | **500,000.00** | =.... | **$500,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **River Meadows, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**12.**  **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$500,000.00

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

| Debtor | **River Meadows, LLC** | Case number *(If known)* _____ |
|--------|------------------------|------------------------------------|
|        | Name                   |                                    |

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|-----|-------------------------------------------------------------|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Contractual claims against Eliezer  Friedman a/k/a Eli Friedman** | **$1,700,000.00** |

| Nature of claim | contractual claims for breach of contract |
|-----------------|-------------------------------------------|
| Amount requested | **$1,700,000.00** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|-----|----|----|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br><br>Add lines 71 through 77. Copy the total to line 90. | **$1,700,000.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **River Meadows, LLC**                                      Case number *(If known)* _____
             Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,952.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $500,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,700,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,204,952.43 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,204,952.43 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **River Meadows, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **HES Financing, LLC**<br>Creditor's Name<br>**Attn: Nancy Needlman**<br>**4711 Gold Rd St 200**<br>**Skokie, IL 60076**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Over 90 days old: accounts receivable (collectable vs. uncollectable amounts are estimates only)**<br><br>Describe the lien<br>**secured loan transation**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | $231,000.00 | $500,000.00 |

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/26/18**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $231,000.00

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **River Meadows, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,114.56** |
|---|---|---|---|

**ABILITY NETWORK INC**
**PO BOX 856015**
**MINNEAPOLIS, MN 55485-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2018**

Last 4 digits of account number _____

Basis for the claim:   **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$812.66** |
|---|---|---|---|

**ACCESS MEDICAL SOLUTION**
**DB&B MEDICAL**
**PO BOX 340**
**NEW HARTFORD, NY 13413-0340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2018**

Last 4 digits of account number _____

Basis for the claim:   **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,510.00** |
|---|---|---|---|

**ACPL (ACCELERATED CARE PLUS LE**
**EFT/CC**
**13828 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2018**

Last 4 digits of account number _____

Basis for the claim:   **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,876.87** |
|---|---|---|---|

**ACTION PRINTWEAR**
**2566 WARNERS ROAD**
**P. O. BOX 34**
**WARNERS, NY 13164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2018**

Last 4 digits of account number _____

Basis for the claim:   **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    37149                    Best Case Bankruptcy

| Debtor | River Meadows, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** Nonpriority creditor's name and mailing address

**ADAMS APPLE SERVICES**
**106 S ARTERIAL RD**
**SYRACUSE, NY 13206**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                          **$1,600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**ADDCOM**
**7268 CASWELL PLACE**
**N. SYRACUSE, NY 13212**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                          **$1,011.36**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**ADP, LLC - EFT**
**PO BOX 842875**
**BOSTON, MA 02284-2875**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                          **$2,394.41**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**AETNA**
**ATTN: MSC 410837**
**PO BOX 415000**
**NASHVILLE, TN 37241-0837**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                          **$6,120.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

**AGNES KRUCZEK**
**918 JAMES STREET**
**SYRACUSE, NY 13203**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                          **$27.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

**ALICIA CALAGIOVANNI, PUBLIC AD**
**ONONDAGA COUNTY PUBLIC ADMIN OFF**
**500 PLUM ST**
**SYRACUSE, NY 13202**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                          **$27.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | River Meadows, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,390.13**

ALIMED
ATTN: LOCKBOX 206417
2975 REGENT BLVD
IRVING, TX 75063

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

AMANDA DILLION
c/o Knych & Whritenour, LLC
300 S State St Ste 403
Syracuse, NY 13202

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **damages claim against Debtor in connection with death of Larry Austin (pending in Onondaga Supreme Court, Index No. 4038/18)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,637.96**

AMER FOOD & VENDING CORP
124 METROPOLITAN PARK DR
Liverpool, NY 13088

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,710.00**

AMERICAN ARBITRATION ASSOCIATION
1301 ATWOOD AVENUE
SUITE 211N
JOHNSTON, RI 02919

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,935.07**

AMERICAN PROGRESSIVE TODAYS
OPTIONS
PO BOX 505057
ST LOUIS, MO 63150-5057

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

ANITA CIANNILLI
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551

Date(s) debt was incurred  **2017**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **damages claim against Debtor in connection with damages claim of former resident (pending in Onondaga Supreme Court, Index No. 2016EF984)**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **River Meadows, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

ANTHONY JOHN TANGREDI
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim:  **damages claim against Debtor in connection with death of Anthony Tangredi (pending in Onondaga Supreme Court, Index No. 1472/18)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

APPROVED ADMISSIONS, LLC
545 8TH AVE
SUITE 840
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,821.00**

AQUA TECHNICAL SVC
P.O. BOX 193
LIVERPOOL, NY 13088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,952.40**

ARISE CHILD & FAMILY
635 JAMES STREET
SYRACUSE, NY 13203-2226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$588,679.00**

ASSESSMENT FUND
OFFICEPOOL ADMINISTRATION
P. O. BOX 4757
SYRACUSE, NY 13221-4757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$958.54**

ASSOC MEDICAL PROF.
1226 EAST WATER STREET
SYRACUSE, NY 13210-1155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | River Meadows, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.23** | **Nonpriority creditor's name and mailing address**

**BARBARA ANN CALKINS**
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551

Date(s) debt was incurred **2017**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **damages claim against Debtor in connection with death of Anthony Tangredi (pending in Onondaga Supreme Court, Index No. 1472/18)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**

**BARBARA BROWN**
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001

Date(s) debt was incurred **2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **damages claim against Debtor in connection with damages claim of former resident (pending in Onondaga Supreme Court, Index No. 1471/18)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**

**BAUDVILLE**
5380 52ND STREET SE
GRAND RAPIDS, MI 49512

Date(s) debt was incurred **2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$44.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**

**BEST COMFORT CARE TRANSPORTATION**
335 B RIEGEL ST
SYRACUSE, NY 13206

Date(s) debt was incurred **2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$325.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**

**BILLINSON**
ATTORNEY & COUNSELORS AT LAW
342 S SALINA ST
SYRACUSE, NY 13202

Date(s) debt was incurred **2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$2,242.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**

**BIO-MED EXPRESS**
2323 W. GENESEE RD
BALDWINSVILLE, NY 13027

Date(s) debt was incurred **2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$2,332.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **River Meadows, LLC**                                              Case number *(if known)*
         Name

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**BLESSED SACRAMENT**
**3127 JAMES ST**
**SYRACUSE, NY 13206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number **_**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,487.20** |
|---|---|---|---|

**BOND,SCHOENICK & KING**
**ONE LINCOLN CENTER**
**SYRACUSE, NY 13202-1355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**BOTTOM LINE MANAGEMENT LLC**
**76 LEIGH DR**
**LAKEWOOD, NY 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number **_**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,850.00** |
|---|---|---|---|

**BRANDRIGHT MARKETING GROUP**
**20 BRIDGEWOOD AVE**
**LAKEWOOD, NY 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number **_**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,088.55** |
|---|---|---|---|

**BSDCARE, INC**
**2915 AVENUE K**
**BROOKLYN, NY 11210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,581.05** |
|---|---|---|---|

**BYRNE DAIRY**
**PO BOX 176**
**LAFAYETTE, NY 13084-0176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **River Meadows, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$459.17** |
|---|---|---|---|

**CALLCARE**
**1370 ARCADIA RD**
**PO BOX 4651**
**LANCASTER, PA 17604-4651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,820.00** |
|---|---|---|---|

**CAPITAL HEALTH CONSULTING LLC**
**136 STATE STREET**
**SUITE 501**
**ALBANY, NY 12207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CHARLES GRECO**
**c/o Nicholas Perot et al.**
**12364 Main Rd**
**Akron, NY 14001**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **damages claim against Debtor in connection with death of Joanne Shafer (pending in Onondaga Supreme Court, Index No. 1473/18)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$242,468.07** |
|---|---|---|---|

**CMS COMPLIANCE GROUP INC**
**68 SOUTH SERVICE RD**
**SUITE 100**
**MELVILLE, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,503.90** |
|---|---|---|---|

**COMFORCE, INC**
**PO BOX 74007004**
**CHICAGO, IL 60674-7002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,770.42** |
|---|---|---|---|

**COMM OF TAXATION FINA**
**NYS ASSESSMENT RECEIVABLE**
**PO BOX 4127**
**BINGHAMTON, NY 13902-4127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **River Meadows, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$934.20** |
|---|---|---|---|

**CONFIDATA**
**PO BOX 353**
**UTICA, NY 13503-0353**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$318.60** |
|---|---|---|---|

**COPY CENTERS**
**PO BOX 35612**
**UNIVERSITY STATION**
**SYRACUSE, NY 13235**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,516.44** |
|---|---|---|---|

**CUMMINS SALES AND SERVICE**
**6193 EASTERN AVE**
**SYRACUSE, NY 13211**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$753.84** |
|---|---|---|---|

**DAVIS-ULMER SPRINKLER INC**
**300 METRO PARK**
**ROCHESTER, NY 14623**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**DE VORE RECRUITING INC**
**5517 COLUMBUS AVE**
**SHERMAN OAKS, CA 91411**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,530.00** |
|---|---|---|---|

**DENNIS WILLIAMS**
**918 JAMES STREET**
**SYRACUSE, NY 13203**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **River Meadows, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,010.00**

**DENTSERV DENTAL SERVICES, PC**
**15 CANAL RD**
**PELHAM MANOR, NY 10803**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.02**

**DEPT MEDICINE MEDICA**
**550 E GENESEE ST**
**SUITE 201**
**SYRACUSE, NY 13202**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,039.04**

**DIRECT SUPPLY**
**HEALTH CARE EQUIPMENT**
**P.O. BOX 88201**
**MILWAUKEE, WI 53288-0201**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.04**

**DOYLE**
**PO BOX 28460**
**NEW YORK, NY 10087**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,014.34**

**EAST COAST UNDERLAYMENTS, INC**
**6713 JOY ROAD**
**EAST SYRACUSE, NY 13057**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$716.38**

**ECOLAB FOOD SAFETY SPECIALTIES**
**24198 NETWORK PLACE**
**CHICAGO, IL 60673-1241**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **River Meadows, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address

**ECOLAB PEST ELIMINATION DIVISI**
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,751.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address

**EDWARD JOY**
905 CANAL ST.
P.O. BOX 6967
SYRACUSE, NY 13210

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                    **$830.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address

**EMEDCO**
PO BOX 369
BUFFALO, NY 14240

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                    **$32.07**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address

**EMPIRE ARCHIVES, INC**
PO BOX 1142
SYRACUSE, NY 13201

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,115.08**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address

**ERIC MOWER & ASSOCIATES**
30 SOUTH PEARL STREET
SUITE 1210
ALBANY, NY 12207

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,860.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address

**FINANCIAL PACIFIC LEASING**
PO BOX 749642
LOS ANGELES, CA 90074

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,527.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | River Meadows, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,171.80 |
|---|---|---|---|

**FIRE DETECTION SYSTEMS, INC**
**1757 US RTE 11**
**PO BOX 94**
**HASTINGS, NY 13076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.88 |
|---|---|---|---|

**FIRST INSURANCE FUNDING CORP**
**450 SKOKIE BLVD**
**SUITE 1000**
**NORTHBROOK, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $787.60 |
|---|---|---|---|

**FRADON**
**467 BURNET AVE.**
**SYRACUSE, NY 13203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FRED CIANNILLI**
**c/o Finkelstein & Partners, LLP**
**1279 Rte 300 Box 1111**
**Newburgh, NY 12551**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **damages claim against Debtor in connection with damages claim of former resident (pending in Onondaga Supreme Court, Index No. 2016EF984)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**GCHMO, INC**
**699 CROSS STREET**
**SUITE 208**
**LAKEWOOD, NY 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.82 |
|---|---|---|---|

**GERHARZ**
**6146 EAST MOLLOY ROAD**
**E. SYRACUSE, NY 13057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | River Meadows, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,123.44 |
|---|---|---|---|

**GOLDBERG SEGALLA, LLP**
**PO BOX 1057**
**BUFFALO, NY 14201**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $929.22 |
|---|---|---|---|

**GRAINGER**
**DEPT 827101734**
**PALATINE, IL 60038-0001**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177,404.85 |
|---|---|---|---|

**GREAT AMERICAN INSURANCE CO**
**SPECIALTY ACCOUNTING**
**PO BOX 89400**
**CLEVELAND, OH 44101-6400**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,537.53 |
|---|---|---|---|

**GUTNICKI LLP**
**4711 GOLF ROAD**
**SUITE 200**
**SKOKIE, IL 60076**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $546.00 |
|---|---|---|---|

**HANCOCK ESTABROOK LLP**
**1500 AXA TOWER 1**
**100 MADISON STREET**
**SYRACUSE, NY 13202**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.74 |
|---|---|---|---|

**HANGER PROSTHETICS & ORTHOTICS**
**PO BOX 650846**
**DALLAS, TX 75265-0846**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | River Meadows, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address

**HARBOR LINEN**
**PO BOX 3510**
**CHERRY HILL, NJ 08034**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$9,910.63**

---

**3.72** | Nonpriority creditor's name and mailing address

**HARBOR PHARMACY**
**192 WEST 1ST ST**
**OSWEGO, NY 13126**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$918,367.18**

---

**3.73** | Nonpriority creditor's name and mailing address

**HAUN**
**5921 COURT ST. RD.**
**SYRACUSE, NY 13206**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$13,126.52**

---

**3.74** | Nonpriority creditor's name and mailing address

**HEALTH SYSTEM SERVICE**
**6867 WILLIAMS ROAD**
**NIAGARA FALLS, NY 14304**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$14,296.03**

---

**3.75** | Nonpriority creditor's name and mailing address

**HINMAN, HOWARD & KATTELL**
**80 EXCHANGE STREET**
**PO BOX 5250**
**BINGHAMTON, NY 13902**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,237.04**

---

**3.76** | Nonpriority creditor's name and mailing address

**HMM, CPAS LLP**
**527 TOWNLINE RD**
**SUITE 203**
**HAUPPAUGE, NY 11788**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$15,423.62**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | River Meadows, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107.50** |
|---|---|---|---|

**HR-REVOLUTION**
PO BOX 59195
CHICAGO, IL 60659

Date(s) debt was incurred **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,575.00** |
|---|---|---|---|

**HUMANA HEALTHCARE PLANS**
PO BOX 931655
ATLANTA, GA 31193-1655

Date(s) debt was incurred **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460.20** |
|---|---|---|---|

**HYPERTYPE INC**
39 HALADA DR
LAKE GEORGE, NY 12845

Date(s) debt was incurred **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$322.92** |
|---|---|---|---|

**ICS SOLUTIONS GROUP (MICROTECH**
PO BOX 5
ENDICOTT, NY 13761

Date(s) debt was incurred **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$994.53** |
|---|---|---|---|

**INNOVATIVE COST SOLUTIONS INC**
863 TURNPIKE STREET
UNIT 224
NORTH ANDOVER, MA 01845

Date(s) debt was incurred **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,104.15** |
|---|---|---|---|

**INTEGRA SCRIPTS LLC**
160 AIRPORT ROAD
LAKEWOOD, NY 08701

Date(s) debt was incurred **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **River Meadows, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**IRENE ROTELLA**
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **damages claim against Debtor in connection with death of Teresa Ferraro  (pending in Onondaga Supreme Court, Index No. _____))**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,936.11**

**IRON MOUNTAIN**
P. O. BOX 27128
NEW YORK, NY 10087-7128

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$271.62**

**ISAAC HEATING & AIR CONDITIONING**
50 HOLLEDER PARKWAY
ROCHESTER, NY 14615

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,571.28**

**JACOBSTEIN FOOD**
15 AIRLINE DRIVE
ROCHESTER, NY 14624

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**JAMES A. MAKAL**
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001

Date(s) debt was incurred  **2017**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **damages claim against Debtor in connection with death of Andrew E. Makal (pending in Onondaga Supreme Court, Index No. 4633/17)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,317.77**

**JOHNSTON**
FOOD SERV & CLEANING SOLUTIONS
P.O. BOX 736
AUBURN, NY 13021

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **River Meadows, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**JOSEPH MAILLOUX**
**1056 COUNTRY ROUTE 37**
**CENTRAL SQUARE, NY 13036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,150.24** |
|---|---|---|---|

**K & A RADIOLOGIC TECH**
**6400 COLLAMER ROAD**
**EAST SYRACUSE, NY 13057-1621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$559.31** |
|---|---|---|---|

**KIMBERLEE FIELDS**
**431 WYGANT STREET**
**HORSEHEADS, NY 14845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,359.46** |
|---|---|---|---|

**KONE INC**
**PO BOX 7247**
**PHILADELPHIA, PA 19170-6082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.42** |
|---|---|---|---|

**LABORATORY ALLIANCE**
**1001 W FAYETTE ST**
**STE 300**
**SYRACUSE, NY 13024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,390.00** |
|---|---|---|---|

**LTC EXECUTIVE COUNCIL**
**P. O. BOX 934**
**SYRACUSE, NY 13201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | River Meadows, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$732.73**

MABEL HENRY
101 WESTCOTT ST
SYRACUSE, NY 13210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

**Basis for the claim:** **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,635.00**

MARCUM
111 S PFINGSTEN RDSUITE 300
DEERFIELD, IL 60015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

**Basis for the claim:** **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

MARION FOERTCH
c/o Greene & Reid, PLLC
173 Intrepid Ln
Syracuse, NY 13205

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

**Basis for the claim:** **damages claim against Debtor in connection with death of Ronald A. Foertch (pending in Onondaga Supreme Court, Index No. 5775/18)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

MARY ANN GAZZARA
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number __

**Basis for the claim:** **damages claim against Debtor in connection with death of Mary C. Fragola(action previously pending in Onondaga Supreme Court, Index No. 2016EF5230)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$97,683.35**

MCKESSON MEDICAL-SURGICAL
PO BOX 630693
CINCINNATI, OH 45263-0693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

**Basis for the claim:** **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$545.57**

MED PART
3052  BRIGHTON 1ST STSUITE 502
BROOKLYN, NY 11235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

**Basis for the claim:** **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **River Meadows, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101** | **Nonpriority creditor's name and mailing address**

**MEDICAL STAFFING NETWORK**
PO BOX 840292
DALLAS, TX 75284-0292

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$27,280.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address**

**MEDLINE INDUSTRIES INC**
PO BOX 382075
PITTSBURGH, PA 15251-8075

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$1,681.39**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address**

**MENTO**
946 SPENCER ST
SYRACUSE, NY 13204

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$8,520.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address**

**MICHAEL FARRUGIO**
c/o finkelstein, Blankinship et al.
445 Hamilton Ave
White Plains, NY 10601

**Date(s) debt was incurred  2017**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  damages claim against Debtor in connection with deaths of Theresa Farrugio and Susan Karpen, and similiarly situated (pending in Onondaga Supreme Court, Index No. 3831/17)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address**

**MICHELE M. PONTILLO**
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  damages claim against Debtor in connection with death of Barbara I. Fariano (pending in Onondaga Supreme Court, Index No. 11672/18)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address**

**MICHELLE HEATER**
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551

**Date(s) debt was incurred  2017**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  damages claim against Debtor in connection with damages claim of former resident (pending in Onondaga Supreme Court, Index No. 6254/17)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | River Meadows, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,877.04**

MID-STATE DOOR INC
602 CAMBRIDGE AVENUE
SYRACUSE, NY 13208

Date(s) debt was incurred __2018__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,043.56**

MIDSTATE BAKERY
P. O. BOX 23374
ROCHESTER, NY 14692

Date(s) debt was incurred __2018__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,627.78**

MOHAWK HOSPITAL EQUIPMENT
335 COLUMBIA ST
Utica, NY 13502

Date(s) debt was incurred __2018__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,752.52**

MONROE EXTINGUISHER
105 DODGE ST
P. O. BOX 60980
ROCHESTER, NY 14606-0980

Date(s) debt was incurred __2018__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$479.25**

MR ROOTER OF GREATER SYRACUSE
1770 ERIE BLVD WEST
SYRACUSE, NY 13204

Date(s) debt was incurred __2018__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

NANCY WILCOX
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551

Date(s) debt was incurred __2018__
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __damages claim against Debtor in connection with damages claim of former resident Penny Wilcox (pending in Onondaga Supreme Court, Index No. 8909/18)__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **River Meadows, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.09**

**NEC FINANCIAL**
**24189 NETWORK PLACE**
**CHICAGO, il 60673-1241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __vendor or supplier of goods or services to the Debtor__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,000.25**

**NORTHWEST REFUSE SERVICE**
**2001 WINDSOR AVE**
**BALTIMORE, md 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __vendor or supplier of goods or services to the Debtor__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,461.00**

**NY URGENT CARE PRACTICE**
**FIVE STAR**
**PO BOX 500**
**ELLICOTTVILLE, NY 14731-0500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __vendor or supplier of goods or services to the Debtor__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$952.50**

**OCA BENEFIT SERVICES, LLC**
**3705 QUAKERBRIDGE RD**
**SUITE 216**
**MERCERVILLE, NJ 08619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __vendor or supplier of goods or services to the Debtor__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224.69**

**OMNICARE INC.**
**DEPT. 781668**
**PO BOX 78000**
**DETROIT, MI 48278-1668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __vendor or supplier of goods or services to the Debtor__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,770.24**

**ORIL SUMMERVILLE**
**918 JAMES STREET**
**SYRACUSE, NY 13203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __vendor or supplier of goods or services to the Debtor__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **River Meadows, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,394.00** |
| | **PATIENT POINT HOSPITAL SOLUTION**<br>**11408 OTTER CREEK SOUTH RD**<br>**MABELVALE, AR 72103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __vendor or supplier of goods or services to the__ | |
| | Last 4 digits of account number _ | __Debtor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
| | **PEOPLE SYSTEMS**<br>**PO BOX 4816**<br>**SYRACUSE, NY 13221-4816** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __vendor or supplier of goods or services to the__ | |
| | Last 4 digits of account number _ | __Debtor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,721.71** |
| | **PERFORMANCE FOODSERVICE**<br>**PO BOX 3024**<br>**Springfield, MA 01104-3024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __vendor or supplier of goods or services to the__ | |
| | Last 4 digits of account number _ | __Debtor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,691.88** |
| | **PERFORMANCE HEALTH**<br>**28100 TORCH PKWY**<br>**WARRENVILLE, IL 60555** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __vendor or supplier of goods or services to the__ | |
| | Last 4 digits of account number _ | __Debtor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$164,140.60** |
| | **PFG SPRINGFIELD**<br>**PO BOX 3024**<br>**SPRINGFIELD, MA 01104-3024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __vendor or supplier of goods or services to the__ | |
| | Last 4 digits of account number _ | __Debtor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,720.67** |
| | **PLUMBMASTER**<br>**P. O. BOX 117187**<br>**ATLANTA, GA 30368** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __vendor or supplier of goods or services to the__ | |
| | Last 4 digits of account number _ | __Debtor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 21 of 31**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | River Meadows, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.125** | **Nonpriority creditor's name and mailing address**

**PMA COMPANIES, INC**
**ALTERNATIVE MARKETS**
**PO BOX 824857**
**PHILADELPHIA, PA 19182-4857**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,900.00**

---

**3.126** | **Nonpriority creditor's name and mailing address**

**PRECISION DYNAMICS**
**PO BOX 71549**
**CHICAGO, IL 60694**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$140.74**

---

**3.127** | **Nonpriority creditor's name and mailing address**

**PREMIER MEDICAL EQUIPMENT, LLC**
**PO BOX 2279**
**LIVERPOOL, NY 13089**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,454.08**

---

**3.128** | **Nonpriority creditor's name and mailing address**

**PRIME TIME HEALTHCARE LLC**
**C/O AMERICAN NATIONAL BANK**
**PO BOX 3544**
**OMAHA, NE 68103**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$56,241.50**

---

**3.129** | **Nonpriority creditor's name and mailing address**

**PROCUREMENT PARTNERS**
**6650 SUGARLOAF PARKWAY**
**SUITE 400 A**
**DULUTH, GA 30097**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$425.00**

---

**3.130** | **Nonpriority creditor's name and mailing address**

**PROVIDIGM, LLC**
**DEPT CH 19808**
**PALATINE, IL 60055-9808**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$485.00**

---

| Debtor | **River Meadows, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$198.40**

**PURCELLS**
**59020 BRIDGE ST**
**EAST SYRACUSE, NY 13057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number __

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00**

**RESPIRATORY THERAPY RESOURSES**
**326 FAY RD**
**SYRACUSE, NY 13219-1612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number __

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**ROGER HOGAN**
**115 LEONARD STREET**
**SYRACUSE, NY 13211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number __

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131,447.27**

**RTG MEDICAL**
**1005 E. 23RD ST**
**SUITE 200**
**FREMONT, NE 68025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number __

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215.00**

**S&R TRANSPORTATION**
**335 A RIEGEL ST**
**SYRACUSE, NY 13206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number __

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,467.56**

**SANTEC**
**1420 LINDEN AVE**
**LINCOLN, NJ 07036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number __

Basis for the claim: **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | River Meadows, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.137** | **Nonpriority creditor's name and mailing address**

**SB2 INC**
**1426 N 3RD ST**
**SUITE 200**
**HARRISBURG, PA 17102**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$8,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address**

**SCOTT LAWRENCE SAURO**
**c/o Nicholas Perot et al.**
**12364 Main Rd**
**Akron, NY 14001**

Date(s) debt was incurred __2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __damages claim against Debtor in connection with death of Carolyn Robb (action previously pending in Onondaga Supreme Court, Index No. 2016EF5526)__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address**

**SHERRI HOGAN**
**918 JAMES STREET**
**SYRACUSE, NY 13203**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$635.67**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address**

**SHIRLEY CAOLO**
**c/o Finkelstein & Partners, LLP**
**1279 Rte 300 Box 1111**
**Newburgh, NY 12551**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __damages claim against Debtor in connection with death of Theodoa Laduke (pending in Onondaga Supreme Court, Index No. 1472/18)__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address**

**SHUSTER'S FLOORING**
**9655 BREWERTON ROAD**
**BREWERTON, NY 13029**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$22,249.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address**

**SMARTLINX SOLUTIONS**
**333 THORNALL ST**
**EDISON, NJ 08837**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$9,228.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | River Meadows, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.143** | **Nonpriority creditor's name and mailing address**

**SOCIAL SECURITY ADMINISTRATION**
PO BOX 3430
PHILADELPHIA, PA 19122-9985

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$3,855.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address**

**SPECTROTEL**
PO BOX 1949
NEWARK, NJ 07101-1949

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$277.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address**

**ST JOSEPH'S MEDICAL**
301 PROSPECT AVENUE
SYRACUSE, NY 13203-5375

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$207.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address**

**STANDARD TEXTILE**
PO BOX 630302
CINCINNATI, OH 45263-0302

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$367.31**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address**

**STERICYCLE, INC.**
PO BOX 6575
CAROL STREAM, IL 60197-6582

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$5,388.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**

**STRAY CAT**
1010 WHISPER RIDGE DR
CHITTENANGO, NY 13037

Date(s) debt was incurred __2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor or supplier of goods or services to the Debtor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | River Meadows, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,417.26**

**SUBURBAN TRANSP. SVC**
**6327 EAST MOLLOY RD**
**EAST SYRACUSE, NY 13057-1023**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **_**

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,137.00**

**SUNBELT STAFFING**
**DEPT CH 14430**
**PALATINE, IL 60055-4430**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **_**

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,852.58**

**SUPERIOR TONER TECHNOLOGIES**
**98 PRESSBURG LANE**
**LAKEWOOD, NJ 08701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **_**

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00**

**SYRACUSE CORINTHIAN**
**930 JAMES STREET**
**SYRACUSE, NY 13203**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **_**

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,191.49**

**SYRACUSE LIGHTSCAPES, INC**
**202 ARTERIAL RD**
**STE 100**
**SYRACUSE, NY 13206**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **_**

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.20**

**SYRACUSE ORTHOPEDIC**
**ATTN: BILLING MC TEAM**
**5719 WIDEWATERS PKWY**
**SYRACUSE, NY 13214-1880**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **_**

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | River Meadows, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.155** | **Nonpriority creditor's name and mailing address**

TAMMY LAFORCE
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001

Date(s) debt was incurred __2017__
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **damages claim against Debtor in connection with death of Curt LaForce (action previously pending in Onondaga Supreme Court, Index No. 2016EF5010)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address**

TENDER TOUCH REHAB SERVICES
PO BOX 781928
PHILADELPHIA, PA 19178-1928

Date(s) debt was incurred __2018__
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                                    **$1,565,456.23**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address**

THE NURSE CONNECTION STAFFING, INC
1 COMPUTER DR S
ALBANY, NY 12205

Date(s) debt was incurred __2018__
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                                    **$176.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**

THOMAS CARIOTI
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001

Date(s) debt was incurred __2018__
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **damages claim against Debtor in connection with death of Caroline Carioti (pending in Onondaga Supreme Court, Index No. 8403/18)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**

TRIAGENOW LLC-CC
BILLING DEPARTMENT
55 S McQUEEN
GILBERT, AZ 85233

Date(s) debt was incurred __2018__
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                                    **$525.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

UNIVERSITY HOSPITAL
PO BOX 3009
NEWARK, NJ 03001

Date(s) debt was incurred __2018__
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                                    **$4,174.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | River Meadows, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.161** | **Nonpriority creditor's name and mailing address**
USHERWOOD OFFICE TECHNOLOGY
1005 W FAYETTE ST
SYRACUSE, NY 13204

Date(s) debt was incurred **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                        **$2,074.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address**
VALERIE AUSTIN
c/o  Knych & Whritenour, LLC
300 S State St Ste 403
Syracuse, NY 13202

Date(s) debt was incurred **2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                        **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **damages claim against Debtor in connection with death of Larry Austin (pending in Onondaga Supreme Court, Index No. 4038/18)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address**
VISION FINANCIAL GROUP, INC.
PO BOX 1000
DEPT 0065
MEMPHIS, TN 38148-0065

Date(s) debt was incurred **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                        **$8,453.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address**
W.B. MASON CO., INC
PO BOX 981101
BOSTON, MA 02298

Date(s) debt was incurred **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                        **$5,714.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address**
WARREN DUNBAR
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001

Date(s) debt was incurred **2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                        **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **damages claim against Debtor in connection with death of Judy H. Dunbar (pending in Onondaga Supreme Court, Index No. 1472/18)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address**
WEBB, F.W. COMPANY
160 MIDDLESEX TRNPK
BEDFORD, MA 01730

Date(s) debt was incurred **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                        **$1,150.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **River Meadows, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**WILLIAM STRACK**
**c/o Nicholas Perot et al.**
**12364 Main Rd**
**Akron, NY 14001**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

Basis for the claim:  **damages claim against Debtor in connection with damages claim of former resident William Strack(pending in Onondaga Supreme Court, Index No. 9403/18)**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,494.56** |
|---|---|---|---|

**WOH GOVERNMENT SOLUTIONS, LLC**
**%WHITEMAN OSTERMAN & HANNA LLP**
**1 COMMERCE PL STE 1900**
**ALBANY, NY 12260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

Basis for the claim:  **vendor or supplier of goods or services to the Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anthony C Galli, Esq.**<br>**Sheats & Bailey, PLLC**<br>**PO Box 586**<br>**Liverpool, NY 13088** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Chaim J. Jaffe, Esq.**<br>**Scolare Fetter et al.**<br>**507 Plum St #300**<br>**Syracuse, NY 13204** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Christopher P. Franjoine, Esq.**<br>**Nicholas Perot et al.**<br>**12364 Main Rd**<br>**Akron, NY 14001** | Line **3.167**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Craig H. Bernhardt, Esq.**<br>**Nicholas Perot et al.**<br>**12364 Main Rd**<br>**Akron, NY 14001** | Line **3.98**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Craig H. Bernhardt, Esq.**<br>**Nicholas Perot et al.**<br>**12364 Main Rd**<br>**Akron, NY 14001** | Line **3.138**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Daniel T. Smith, Esq.**<br>**Nicholas Perot et al.**<br>**12364 Main Rd**<br>**Akron, NY 14001** | Line **3.155**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Graham Liccardi, Esq.**<br>**Teller & Levit & Silvertrust PC**<br>**19 S LaSalle St Ste 701**<br>**Chicago, IL 60603** | Line **3.121**<br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **River Meadows, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Jeffrey G. Pomeroy, Esq.**<br>**Greene & Reid, PLLC**<br>**173 Intrepid Ln**<br>**Syracuse, NY 13205** | Line **3.97**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Mary Ellen Wright, Esq.**<br>**Finkelstein & Partners, LLP**<br>**1279 Rte 300 Box 1111**<br>**Newburgh, NY 12551** | Line **3.106**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Mary Ellen Wright, Esq.**<br>**Finkelstein & Partners, LLP**<br>**1279 Rte 300 Box 1111**<br>**Newburgh, NY 12551** | Line **3.140**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Mary Ellen Wright, Esq.**<br>**Finkelstein & Partners, LLP**<br>**1279 Rte 300 Box 1111**<br>**Newburgh, NY 12551** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Mary Ellen Wright, Esq.**<br>**Finkelstein & Partners, LLP**<br>**1279 Rte 300 Box 1111**<br>**Newburgh, NY 12551** | Line **3.62**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Mary Ellen Wright, Esq.**<br>**Finkelstein & Partners, LLP**<br>**1279 Rte 300 Box 1111**<br>**Newburgh, NY 12551** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Mary Ellen Wright, Esq.**<br>**Finkelstein & Partners, LLP**<br>**1279 Rte 300 Box 1111**<br>**Newburgh, NY 12551** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Mary Ellen Wright, Esq.**<br>**Finkelstein & Partners, LLP**<br>**1279 Rte 300 Box 1111**<br>**Newburgh, NY 12551** | Line **3.112**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Mary Ellen Wright, Esq.**<br>**Finkelstein & Partners, LLP**<br>**1279 Rte 300 Box 1111**<br>**Newburgh, NY 12551** | Line **3.105**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Mary Ellen Wright, Esq.**<br>**Finkelstein & Partners, LLP**<br>**1279 Rte 300 Box 1111**<br>**Newburgh, NY 12551** | Line **3.83**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Matthew E. Whritenour, Esq.**<br>**Knych & Whritenour, LLC**<br>**300 S State St Ste 403**<br>**Syracuse, NY 13202** | Line **3.162**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Matthew E. Whritenour, Esq.**<br>**Knych & Whritenour, LLC**<br>**300 S State St Ste 403**<br>**Syracuse, NY 13202** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |

| Debtor | River Meadows, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.20 **Michael R. Zosh, Esq.**<br>**Nicholas Perot et al.**<br>**12364 Main Rd**<br>**Akron, NY 14001** | Line **3.158**<br>☐ Not listed. Explain ____ | _ |
| 4.21 **Michaelangelo Cieri, Esq.**<br>**Nicholas Perot et al.**<br>**12364 Main Rd**<br>**Akron, NY 14001** | Line **3.165**<br>☐ Not listed. Explain ____ | _ |
| 4.22 **Michaelangelo Cieri, Esq.**<br>**Nicholas Perot et al.**<br>**12364 Main Rd**<br>**Akron, NY 14001** | Line **3.87**<br>☐ Not listed. Explain ____ | _ |
| 4.23 **Michaelangelo Cieri, Esq.**<br>**Nicholas Perot et al.**<br>**12364 Main Rd**<br>**Akron, NY 14001** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.24 **Michaelangelo Cieri, Esq.**<br>**Nicholas Perot et al.**<br>**12364 Main Rd**<br>**Akron, NY 14001** | Line **3.37**<br>☐ Not listed. Explain ____ | _ |
| 4.25 **Nicole Marlow-Jones, Esq.**<br>**500 Plum St Ste 300**<br>**Syracuse, NY 13204-1401** | Line **3.38**<br>☐ Not listed. Explain ____ | _ |
| 4.26 **Relin Goldstein & Crane, LLP**<br>**28 E Main St Ste 1800**<br>**Rochester, NY 14614-1991** | Line **3.150**<br>☐ Not listed. Explain ____ | _ |
| 4.27 **Sam Spellman, Esq.**<br>**43 W 43rd St**<br>**Ste 129**<br>**New York, NY 10036** | Line **3.109**<br>☐ Not listed. Explain ____ | _ |
| 4.28 **TRISTATE CAPITAL BANK**<br>**301 Grant St Ste 2700**<br>**Pittsburgh, PA 15219** | Line **3.163**<br>☐ Not listed. Explain ____ | _ |
| 4.29 **VISION FINANCIAL GROUP INC.**<br>**615 Iron City Dr**<br>**Pittsburgh, PA 15205** | Line **3.163**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 4,965,931.73 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,965,931.73 |

**Fill in this information to identify the case:**

Debtor name  **River Meadows, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **River Meadows, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | | | | |
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ | | _____ | ☐ D |
| | Street | | | ☐ E/F |
| | _____ | | | ☐ G |
| | City        State        Zip Code | | | |
| 2.2 _____ | _____ | | _____ | ☐ D |
| | Street | | | ☐ E/F |
| | _____ | | | ☐ G |
| | City        State        Zip Code | | | |
| 2.3 _____ | _____ | | _____ | ☐ D |
| | Street | | | ☐ E/F |
| | _____ | | | ☐ G |
| | City        State        Zip Code | | | |
| 2.4 _____ | _____ | | _____ | ☐ D |
| | Street | | | ☐ E/F |
| | _____ | | | ☐ G |
| | City        State        Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name **River Meadows, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:** From **1/01/2017** to **12/31/2017** | ☑ Operating a business<br>☐ Other _____ | **$28,398,230.00** |
| **For the fiscal year:** From **1/01/2016** to **12/31/2016** | ☑ Operating a business<br>☐ Other _____ | **$34,607,188.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | River Meadows, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Marion Foertch, as Adminstrator of estate of Ronald Foertch  vs. River Meadows, LLC, et al.<br>5775/18 | damages claim against Debtor in connection with death of Ronald Foertch | Onondaga Supreme Court<br>505 S State St<br>Suite 110<br>Syracuse, NY 13202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Valerie Austin and Amanda Dillion, as Co-Administrators of Etate of Larry Austin vs. River Meadows, LLC, et al.<br>4038/17 | damages claim against Debtor in connection with death of Ronald Foertch | Onondaga Supreme Court<br>505 S State St<br>Suite 110<br>Syracuse, NY 13202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Barbara Brown vs. River Meadons, LLC<br>1471/2018 | damages claim against Debtor by former nursing home resident | Onondaga Supreme Court<br>505 S State St<br>Suite 110<br>Syracuse, NY 13202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | CMS Compliance Group, Inc. v. River Meadows, LLC<br>206EF3857 | breach of contract case against Debtor | Onondaga Supreme Court<br>505 S State St<br>Suite 110<br>Syracuse, NY 13202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **River Meadows, LLC** | Case number *(if known)* | |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Performance Foood Group, Inc. v. River Meadows, LLC**<br>**18L006697** | **breach of contract (vendor claim)** | **Circuit Court of Cook County, IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Michael Farrugio, as Administrator of the Estate of Theresa Farruggio and Susan Karpen vs. River Meadows, LLC, et al.**<br>**3831/2017** | **damages claim against Debtor in connection with death of Theresa Farruggio [class action claims asserted]** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **American Food & Vending Corp. vs. River Meadows LLC**<br>**01-18-0002-0675** | **AAA arbitration for breach of contract (vendor claim)** | **American Arbitration Associati**<br>**1301 Atwood Ave., Ste 211N**<br>**Johnston, RI 02919** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Charles Greco, as Administrator of Etate of Joanne Shafer vs. River Meadows, LLC**<br>**1473/2018** | **damages claim against Debtor in connection with death of Joanne Shafer** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Warren Dunbar, as Executor of Estate of Judy Dunbar**<br>**1472/2018** | **damages claim against Debtor in connection with death of Judy Dunbar** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Michelle Heater vs Upstate Services Group, LLC, et al.**<br>**006254/17** | **damages claim against Debtor by former nursing home resident** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Theodora Laduke, deceased. by Shirley Caolo as Administrator vs. River Meadows, LLC**<br>**2069/2018** | **damages claim against Debtor in connection with death of Theodora Laduke** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **James Makal, as Administrator of the Estate of Andrew Makal**<br>**4633/2017** | **damages claim against Debtor in connection with death of Andrew Makal** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Thomas Carioti as Fiduciary of the Estate of Caroline Carioti**<br>**8403/2018** | **damages claim against Debtor in connection with death of Caroline Carioti** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Mohawk Hospital Equipment Corp. v River Meadows, LLC, et al.**<br>**002573-2018** | **breach of contract (vendor claim)** | **Oneida Supreme Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **River Meadows, LLC**                                                      Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.15. | **William Strack vs. River Meadows, LLC**<br>**9403/2018** | **damages claim against Debtor by former nursing home resident** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Anthony Tangredi, deceased, by co-administrators of his estate vs. River Meadows, LLC**<br>**8684/2018** | **damages claim against Debtor in connection with death of Anthony Tangredi** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Nancy Wilcox vs River Meadows, LLC**<br>**8909/18** | **damages claim against Debtor by former nursing home resident** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Barbara Faraino, deceased, through Micheli Pontillo as Executor vs. River Meadows, LLC**<br>**011672/2018** | **damages claim against Debtor in connection with death of Barbara Faraino** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Tammy LaForce, on behalf of Curt LaForce**<br>**2016EF5010** | **damages claim against Debtor in connection with death of Curt LaForce** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.20. | **Mary Gazzara as Fiduciary of the Estate of Mary Fragola**<br>**2016EF5230** | **damages claim against Debtor in connection with death of Mary Fragola** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.21. | **Scott Sauro as Fiduciary of Etate of Carolyn Robb vs. River Meadows LLC**<br>**2016EF5526** | **damages claim against Debtor in connection with death of Carolyn Robb** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.22. | **Anita Ciannilli and Fred Ciannilli vs River Meadows LLC**<br>**2016EF984** | **damages claim against Debtor by former nursing home resident** | **Onondaga Supreme Court**<br>**505 S State St**<br>**Suite 110**<br>**Syracuse, NY 13202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **Investigation of River Meadows, LLC by NY State Attorney General's Office**<br>**n/a** | **n/a** | **NY Attorney General** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

| Debtor | River Meadows, LLC | Case number *(if known)* | |
|---|---|---|---|

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<br>

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

<br>

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Starr & Starr, PLLC<br>260 Madison Ave., 17th Fl<br>New York, NY 10016-2404** | **Attorney Fees** | **12/24/18** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

| Debtor | **River Meadows, LLC** | Case number *(if known)* | |
|---|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | River Meadows, LLC | | Case number *(if known)* | |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24.   Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | River Meadows, LLC | Case number *(if known)* | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Excelerate Healthcare Services**<br>**4711 Golf Rd**<br>**Skokie, IL 60076** | **6/2015 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Marcum LLP**<br>**Nine Parkway North**<br>**Suite 200**<br>**Deerfield, IL 60015** | **7/28/17** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Excelerate Healthcare Services**<br>**4711 Golf Rd**<br>**Skokie, IL 60076** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **CIBC Bank**<br>**120 S LaSalle St**<br>**Chicago, IL 60603** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Judy Kushner** | **Excelerate Healthcare Services**<br>**4730 Route 9 South**<br>**Howell, NJ 07731** | **Member** | **50%** |

Debtor    **River Meadows, LLC**                                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Abraham Gutnicki** | **Gutnicki LLP**<br>**4711 Golf Road**<br>**Suite 200**<br>**Skokie, IL 60076** | **Member** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:** **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 10, 2019**

**/s/ Abraham A. Gutnicki**                            **Abraham A. Gutnicki**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of New York

In re   **River Meadows, LLC** _____    Case No. _____

                                   Debtor(s)          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **10,000.00** |

2.    The source of the compensation paid to me was:

      ☑ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ☑ Debtor    ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
         **advise Debtor re duties as a business debtor in a chapter 7 case; prepare reasonable amendments to schedules and statements as may be required; respond to reasonable inquiries of Debtor, Case trustee, Office of the U.S. Trustee, creditors and other parties in interest with respect to Debtor's case.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Any additional services other than those specified above.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

1/10/2019 _____      /s/ Stephen Z. Starr _____
_Date_                                         **Stephen Z. Starr**
                                             _Signature of Attorney_
                                             **Starr & Starr, PLLC**
                                               **260 Madison Ave., 17th Fl**
                                             **New York, NY 10016-2404**
                                             **(212) 867-8165   Fax: (212) 867-8139**
                                             _Name of law firm_

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re      **River Meadows, LLC** _____ ,
       **DBA James Square Nursing & Rehabilitation Centre**

                       Debtor              Case No.

                                    Chapter    **7**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**47-3481602**

## CERTIFICATION OF MAILING MATRIX

    I,(we),  **Stephen Z. Starr**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.


Dated:   **January 10, 2019** _____

                                    **/s/ Stephen Z. Starr** _____
                                    **Stephen Z. Starr**
                                    Attorney for Debtor/Petitioner
                                    (Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

ABILITY NETWORK INC
PO BOX 856015
MINNEAPOLIS, MN 55485-6015


ACCESS MEDICAL SOLUTION
DB&B MEDICAL
PO BOX 340
NEW HARTFORD, NY 13413-0340


ACPL (ACCELERATED CARE PLUS LE EFT/CC
13828 COLLECTIONS CENTER DR
CHICAGO, IL 60693


ACTION PRINTWEAR
2566 WARNERS ROAD
P. O. BOX 34
WARNERS, NY 13164


ADAMS APPLE SERVICES
106 S ARTERIAL RD
SYRACUSE, NY 13206


ADDCOM
7268 CASWELL PLACE
N. SYRACUSE, NY 13212


ADP, LLC - EFT
PO BOX 842875
BOSTON, MA 02284-2875


AETNA
ATTN: MSC 410837
PO BOX 415000
NASHVILLE, TN 37241-0837


AGNES KRUCZEK
918 JAMES STREET
SYRACUSE, NY 13203


ALICIA CALAGIOVANNI, PUBLIC AD
ONONDAGA COUNTY PUBLIC ADMIN OFF
500 PLUM ST
SYRACUSE, NY 13202

ALIMED
ATTN: LOCKBOX 206417
2975 REGENT BLVD
IRVING, TX 75063


AMANDA DILLION
c/o  Knych & Whritenour, LLC
300 S State St Ste 403
Syracuse, NY 13202


AMER FOOD & VENDING CORP
124 METROPOLITAN PARK DR
Liverpool, NY 13088


AMERICAN ARBITRATION ASSOCIATION
1301 ATWOOD AVENUE
SUITE 211N
JOHNSTON, RI 02919


AMERICAN PROGRESSIVE TODAYS OPTIONS
PO BOX 505057
ST LOUIS, MO 63150-5057


ANITA CIANNILLI
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551


Anthony C Galli, Esq.
Sheats & Bailey, PLLC
PO Box 586
Liverpool, NY 13088


ANTHONY JOHN TANGREDI
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551


APPROVED ADMISSIONS, LLC
545 8TH AVE
SUITE 840
NEW YORK, NY 10018


AQUA TECHNICAL SVC
P.O. BOX 193
LIVERPOOL, NY 13088

ARISE CHILD & FAMILY
635 JAMES STREET
SYRACUSE, NY 13203-2226


ASSESSMENT FUND
OFFICEPOOL ADMINISTRATION
P. O. BOX 4757
SYRACUSE, NY 13221-4757


ASSOC MEDICAL PROF.
1226 EAST WATER STREET
SYRACUSE, NY 13210-1155


BARBARA ANN CALKINS
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551


BARBARA BROWN
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001


BAUDVILLE
5380 52ND STREET SE
GRAND RAPIDS, MI 49512


BEST COMFORT CARE TRANSPORTATION
335 B RIEGEL ST
SYRACUSE, NY 13206


BILLINSON
ATTORNEY & COUNSELORS AT LAW
342 S SALINA ST
SYRACUSE, NY 13202


BIO-MED EXPRESS
2323 W. GENESEE RD
BALDWINSVILLE, NY 13027


BLESSED SACRAMENT
3127 JAMES ST
SYRACUSE, NY 13206

BOND,SCHOENICK & KING
ONE LINCOLN CENTER
SYRACUSE, NY 13202-1355


BOTTOM LINE MANAGEMENT  LLC
76 LEIGH DR
LAKEWOOD, NY 08701


BRANDRIGHT MARKETING GROUP
20 BRIDGEWOOD AVE
LAKEWOOD, NY 08701


BSDCARE, INC
2915 AVENUE K
BROOKLYN, NY 11210


BYRNE DAIRY
PO BOX 176
LAFAYETTE, NY 13084-0176


CALLCARE
1370 ARCADIA RD
PO BOX 4651
LANCASTER, PA 17604-4651


CAPITAL HEALTH CONSULTING LLC
136 STATE STREET
SUITE 501
ALBANY, NY 12207


Chaim J. Jaffe, Esq.
Scolare Fetter et al.
507 Plum St #300
Syracuse, NY 13204


CHARLES GRECO
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001


Christopher P. Franjoine, Esq.
Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001

CMS COMPLIANCE GROUP INC
68 SOUTH SERVICE RD
SUITE 100
MELVILLE, NY 11747


COMFORCE, INC
PO BOX 74007004
CHICAGO, IL 60674-7002


COMM OF TAXATION FINA
NYS ASSESSMENT RECEIVABLE
PO BOX 4127
BINGHAMTON, NY 13902-4127


CONFIDATA
PO BOX 353
UTICA, NY 13503-0353


COPY CENTERS
PO BOX 35612
UNIVERSITY STATION
SYRACUSE, NY 13235


Craig H. Bernhardt, Esq.
Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001


CUMMINS SALES AND SERVICE
6193 EASTERN AVE
SYRACUSE, NY 13211


Daniel T. Smith, Esq.
Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001


DAVIS-ULMER SPRINKLER INC
300 METRO PARK
ROCHESTER, NY 14623


DE VORE RECRUITING INC
5517 COLUMBUS AVE
SHERMAN OAKS, CA 91411

DENNIS WILLIAMS
918 JAMES STREET
SYRACUSE, NY 13203


DENTSERV DENTAL SERVICES, PC
15 CANAL RD
PELHAM MANOR, NY 10803


DEPT MEDICINE MEDICA
550 E GENESEE ST
SUITE 201
SYRACUSE, NY 13202


DIRECT SUPPLY
HEALTH CARE EQUIPMENT
P.O. BOX 88201
MILWAUKEE, WI 53288-0201


DOYLE
PO BOX 28460
NEW YORK, NY 10087


EAST COAST UNDERLAYMENTS, INC
6713 JOY ROAD
EAST SYRACUSE, NY 13057


ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673-1241


ECOLAB PEST ELIMINATION DIVISI
26252 NETWORK PLACE
CHICAGO, IL 60673-1262


EDWARD JOY
905 CANAL ST.
P.O. BOX 6967
SYRACUSE, NY 13210


EMEDCO
PO BOX 369
BUFFALO, NY 14240

EMPIRE ARCHIVES, INC
PO BOX 1142
SYRACUSE, NY 13201


ERIC MOWER & ASSOCIATES
30 SOUTH PEARL STREET
SUITE 1210
ALBANY, NY 12207


FINANCIAL PACIFIC LEASING
PO BOX 749642
LOS ANGELES, CA 90074


FIRE DETECTION SYSTEMS, INC
1757 US RTE 11
PO BOX 94
HASTINGS, NY 13076


FIRST INSURANCE FUNDING CORP
450 SKOKIE BLVD
SUITE 1000
NORTHBROOK, IL 60062


FRADON
467 BURNET AVE.
SYRACUSE, NY 13203


FRED CIANNILLI
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551


GCHMO, INC
699 CROSS STREET
SUITE 208
LAKEWOOD, NY 08701


GERHARZ
6146 EAST MOLLOY ROAD
E. SYRACUSE, NY 13057


GOLDBERG SEGALLA, LLP
PO BOX 1057
BUFFALO, NY 14201

Graham Liccardi, Esq.
Teller & Levit & Silvertrust PC
19 S LaSalle St Ste 701
Chicago, IL 60603


GRAINGER
DEPT 827101734
PALATINE, IL 60038-0001


GREAT AMERICAN INSURANCE CO
SPECIALTY ACCOUNTING
PO BOX 89400
CLEVELAND, OH 44101-6400


GUTNICKI LLP
4711 GOLF ROAD
SUITE 200
SKOKIE, IL 60076


HANCOCK ESTABROOK LLP
1500 AXA TOWER 1
100 MADISON STREET
SYRACUSE, NY 13202


HANGER PROSTHETICS & ORTHOTICS
PO BOX 650846
DALLAS, TX 75265-0846


HARBOR LINEN
PO BOX 3510
CHERRY HILL, NJ 08034


HARBOR PHARMACY
192 WEST 1ST ST
OSWEGO, NY 13126


HAUN
5921 COURT ST. RD.
SYRACUSE, NY 13206


HEALTH SYSTEM SERVICE
6867 WILLIAMS ROAD
NIAGARA FALLS, NY 14304

HES Financing, LLC
Attn: Nancy Needlman
4711 Gold Rd St 200
Skokie, IL 60076


HINMAN, HOWARD & KATTELL
80 EXCHANGE STREET
PO BOX 5250
BINGHAMTON, NY 13902


HMM, CPAS LLP
527 TOWNLINE RD
SUITE 203
HAUPPAUGE, NY 11788


HR-REVOLUTION
PO BOX 59195
CHICAGO, IL 60659


HUMANA HEALTHCARE PLANS
PO BOX 931655
ATLANTA, GA 31193-1655


HYPERTYPE INC
39 HALADA DR
LAKE GEORGE, NY 12845


ICS SOLUTIONS GROUP (MICROTECH
PO BOX 5
ENDICOTT, NY 13761


INNOVATIVE COST SOLUTIONS INC
863 TURNPIKE STREET
UNIT 224
NORTH ANDOVER, MA 01845


INTEGRA SCRIPTS LLC
160 AIRPORT ROAD
LAKEWOOD, NY 08701


IRENE ROTELLA
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551

IRON MOUNTAIN
P. O. BOX 27128
NEW YORK, NY 10087-7128


ISAAC HEATING & AIR CONDITIONING
50 HOLLEDER PARKWAY
ROCHESTER, NY 14615


JACOBSTEIN FOOD
15 AIRLINE DRIVE
ROCHESTER, NY 14624


JAMES A. MAKAL
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001


Jeffrey G. Pomeroy, Esq.
Greene & Reid, PLLC
173 Intrepid Ln
Syracuse, NY 13205


JOHNSTON
FOOD SERV & CLEANING SOLUTIONS
P.O. BOX 736
AUBURN, NY 13021


JOSEPH MAILLOUX
1056 COUNTRY ROUTE 37
CENTRAL SQUARE, NY 13036


K & A RADIOLOGIC TECH
6400 COLLAMER ROAD
EAST SYRACUSE, NY 13057-1621


KIMBERLEE FIELDS
431 WYGANT STREET
HORSEHEADS, NY 14845


KONE INC
PO BOX 7247
PHILADELPHIA, PA 19170-6082

LABORATORY ALLIANCE
1001 W FAYETTE ST
STE 300
SYRACUSE, NY 13024


LTC EXECUTIVE COUNCIL
P. O. BOX 934
SYRACUSE, NY 13201


MABEL HENRY
101 WESTCOTT ST
SYRACUSE, NY 13210


MARCUM
111 S PFINGSTEN RDSUITE 300
DEERFIELD, IL 60015


MARION FOERTCH
c/o Greene & Reid, PLLC
173 Intrepid Ln
Syracuse, NY 13205


MARY ANN GAZZARA
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001


Mary Ellen Wright, Esq.
Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551


Matthew E. Whritenour, Esq.
Knych & Whritenour, LLC
300 S State St Ste 403
Syracuse, NY 13202


MCKESSON MEDICAL-SURGICAL
PO BOX 630693
CINCINNATI, OH 45263-0693


MED PART
3052 BRIGHTON 1ST STSUITE 502
BROOKLYN, NY 11235

MEDICAL STAFFING NETWORK
PO BOX 840292
DALLAS, TX 75284-0292


MEDLINE INDUSTRIES INC
PO BOX 382075
PITTSBURGH, PA 15251-8075


MENTO
946 SPENCER ST
SYRACUSE, NY 13204


MICHAEL FARRUGIO
c/o finkelstein, Blankinship et al.
445 Hamilton Ave
White Plains, NY 10601


Michael R. Zosh, Esq.
Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001


Michaelangelo Cieri, Esq.
Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001


MICHELE M. PONTILLO
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551


MICHELLE HEATER
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551


MID-STATE DOOR INC
602 CAMBRIDGE AVENUE
SYRACUSE, NY 13208


MIDSTATE BAKERY
P. O. BOX 23374
ROCHESTER, NY 14692

MOHAWK HOSPITAL EQUIPMENT
335 COLUMBIA ST
Utica, NY 13502


MONROE EXTINGUISHER
105 DODGE ST
P. O. BOX 60980
ROCHESTER, NY 14606-0980


MR ROOTER OF GREATER SYRACUSE
1770 ERIE BLVD WEST
SYRACUSE, NY 13204


NANCY WILCOX
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551


NEC FINANCIAL
24189 NETWORK PLACE
CHICAGO, il 60673-1241


Nicole Marlow-Jones, Esq.
500 Plum St Ste 300
Syracuse, NY 13204-1401


NORTHWEST REFUSE SERVICE
2001 WINDSOR AVE
BALTIMORE, md 21217


NY URGENT CARE PRACTICE
FIVE STAR
PO BOX 500
ELLICOTTVILLE, NY 14731-0500


OCA BENEFIT SERVICES, LLC
3705 QUAKERBRIDGE RD
SUITE 216
MERCERVILLE, NJ 08619


OMNICARE INC.
DEPT. 781668
PO BOX 78000
DETROIT, MI 48278-1668

ORIL SUMMERVILLE
918 JAMES STREET
SYRACUSE, NY 13203


PATIENT POINT HOSPITAL SOLUTION
11408 OTTER CREEK SOUTH RD
MABELVALE, AR 72103


PEOPLE SYSTEMS
PO BOX 4816
SYRACUSE, NY 13221-4816


PERFORMANCE FOODSERVICE
PO BOX 3024
Springfield, MA 01104-3024


PERFORMANCE HEALTH
28100 TORCH PKWY
WARRENVILLE, IL 60555


PFG SPRINGFIELD
PO BOX 3024
SPRINGFIELD, MA 01104-3024


PLUMBMASTER
P. O. BOX 117187
ATLANTA, GA 30368


PMA COMPANIES, INC
ALTERNATIVE MARKETS
PO BOX 824857
PHILADELPHIA, PA 19182-4857


PRECISION DYNAMICS
PO BOX 71549
CHICAGO, IL 60694


PREMIER MEDICAL EQUIPMENT, LLC
PO BOX 2279
LIVERPOOL, NY 13089


PRIME TIME HEALTHCARE LLC
C/O AMERICAN NATIONAL BANK
PO BOX 3544
OMAHA, NE 68103

```
PROCUREMENT PARTNERS
6650 SUGARLOAF PARKWAY
SUITE 400 A
DULUTH, GA 30097


PROVIDIGM, LLC
DEPT CH 19808
PALATINE, IL 60055-9808


PURCELLS
59020 BRIDGE ST
EAST SYRACUSE, NY 13057


Relin Goldstein & Crane, LLP
28 E Main St Ste 1800
Rochester, NY 14614-1991


RESPIRATORY THERAPY RESOURSES
326 FAY RD
SYRACUSE, NY 13219-1612


ROGER HOGAN
115 LEONARD STREET
SYRACUSE, NY 13211


RTG MEDICAL
1005 E. 23RD ST
SUITE 200
FREMONT, NE 68025


S&R TRANSPORTATION
335 A RIEGEL ST
SYRACUSE, NY 13206


Sam Spellman, Esq.
43 W 43rd St
Ste 129
New York, NY 10036


SANTEC
1420 LINDEN AVE
LINCOLN, NJ 07036
```

SB2 INC
1426 N 3RD ST
SUITE 200
HARRISBURG, PA 17102


SCOTT LAWRENCE SAURO
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001


SHERRI HOGAN
918 JAMES STREET
SYRACUSE, NY 13203


SHIRLEY CAOLO
c/o Finkelstein & Partners, LLP
1279 Rte 300 Box 1111
Newburgh, NY 12551


SHUSTER'S FLOORING
9655 BREWERTON ROAD
BREWERTON, NY 13029


SMARTLINX SOLUTIONS
333 THORNALL ST
EDISON, NJ 08837


SOCIAL SECURITY ADMINISTRATION
PO BOX 3430
PHILADELPHIA, PA 19122-9985


SPECTROTEL
PO BOX 1949
NEWARK, NJ 07101-1949


ST JOSEPH'S MEDICAL
301 PROSPECT AVENUE
SYRACUSE, NY 13203-5375


STANDARD TEXTILE
PO BOX 630302
CINCINNATI, OH 45263-0302

STERICYCLE, INC.
PO BOX 6575
CAROL STREAM, IL 60197-6582


STRAY CAT
1010 WHISPER RIDGE DR
CHITTENANGO, NY 13037


SUBURBAN TRANSP. SVC
6327 EAST MOLLOY RD
EAST SYRACUSE, NY 13057-1023


SUNBELT STAFFING
DEPT CH 14430
PALATINE, IL 60055-4430


SUPERIOR TONER TECHNOLOGIES
98 PRESSBURG LANE
LAKEWOOD, NJ 08701


SYRACUSE CORINTHIAN
930 JAMES STREET
SYRACUSE, NY 13203


SYRACUSE LIGHTSCAPES, INC
202 ARTERIAL RD
STE 100
SYRACUSE, NY 13206


SYRACUSE ORTHOPEDIC
ATTN: BILLING MC TEAM
5719 WIDEWATERS PKWY
SYRACUSE, NY 13214-1880


TAMMY LAFORCE
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001


TENDER TOUCH REHAB SERVICES
PO BOX 781928
PHILADELPHIA, PA 19178-1928

THE NURSE CONNECTION STAFFING, INC
1 COMPUTER DR S
ALBANY, NY 12205


THOMAS CARIOTI
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001


TRIAGENOW LLC-CC
BILLING DEPARTMENT
55 S McQUEEN
GILBERT, AZ 85233


TRISTATE CAPITAL BANK
301 Grant St Ste 2700
Pittsburgh, PA 15219


UNIVERSITY HOSPITAL
PO BOX 3009
NEWARK, NJ 03001


USHERWOOD OFFICE TECHNOLOGY
1005 W FAYETTE ST
SYRACUSE, NY 13204


VALERIE AUSTIN
c/o Knych & Whritenour, LLC
300 S State St Ste 403
Syracuse, NY 13202


VISION FINANCIAL GROUP INC.
615 Iron City Dr
Pittsburgh, PA 15205


VISION FINANCIAL GROUP, INC.
PO BOX 1000
DEPT 0065
MEMPHIS, TN 38148-0065


W.B. MASON CO., INC
PO BOX 981101
BOSTON, MA 02298

```
WARREN DUNBAR
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001


WEBB, F.W. COMPANY
160 MIDDLESEX TRNPK
BEDFORD, MA 01730


WILLIAM STRACK
c/o Nicholas Perot et al.
12364 Main Rd
Akron, NY 14001


WOH GOVERNMENT SOLUTIONS, LLC
%WHITEMAN OSTERMAN & HANNA LLP
1 COMMERCE PL STE 1900
ALBANY, NY 12260
```

# United States Bankruptcy Court
### Northern District of New York

In re  **River Meadows, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **River Meadows, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 10, 2019**

Date

**/s/ Stephen Z. Starr**

**Stephen Z. Starr**

Signature of Attorney or Litigant

Counsel for   **River Meadows, LLC**

**Starr & Starr, PLLC**

**260 Madison Ave., 17th Fl**
**New York, NY 10016-2404**
**(212) 867-8165 Fax:(212) 867-8139**